IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01282-OES

JEFFERY SCOTT DURHAM,
    Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
ROBERT A. HOOD,
C. CHESTER,
J. ZVERCHER,
T. G. WERLICH,
MARK COLLINS, and
RANDY MADISON,
    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion for Court-Appointed Service Under Rule 4(c) of the Fed. R. Civ. P. and 28 U.S.C. § 1915(c)" and "Motion Showing Cause as to Why Plaintiff is Unable to Obtain the Individual Residential Addresses of Each Defendant in Order to Properly Serve Them in Their Individual Capacities as Required Under Rule 4(e) of the Fed. R. Civ. P.," both of which were filed on July 12, 2005, are denied as premature.

Dated: August 1, 2005

Copies of this Minute Order were mailed on August 1, 2005, to the following:

Jeffrey Scott Durham
Reg. No. 32060-083
ADX-Florence
P.O. Box 8500
Florence, CO 81226

                                                    Secretary/Deputy Clerk