IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01282-MSK-OES

JEFFREY SCOTT DURHAM,

    Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
ROBERT A. HOOD,
C. CHESTER,
J. ZVERCHER,
T. G. WERLICH,
MARK COLLINS, and
RANDY MADISON,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R.

Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 30th day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01282-MSK-OES

Jeffrey Scott Durham
Reg. No. 32060-083
ADX – Florence
PO Box 8500
Florence, CO 81226

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Harrell Watts - CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

G. L. Hershberger, Former Director - CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Robert A. Hood – CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

C. Chester, J. Zuercher,
T.G. Werlich, Mark Collins,
and Randy Madison  – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER, COMPLAINT FILED 7/12/05, SUMMONS, WAIVER*, AND CONSENT FORM to the above-named individuals on **8/31/05**.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk

Case 1:05-cv-01282-MSK-KLM  Document 17  Filed 08/31/05  USDC Colorado  Page 5 of 6





