IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01282-MSK-OES

JEFFREY SCOTT DURHAM,

Plaintiff(s),

vs.

HARLEY G. LAPPIN, et al.,

Defendant(s).

## ORDER DENYING APPOINTMENT OF COUNSEL

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 22, 2005

28 U.S.C. § 1915(e)(1) allows a court to request counsel to represent an indigent civil litigant "unable to employ counsel."  Having considered the current record in this case, the court finds that, if the Plaintiff has a meritorious claim, he currently appears able to present his case adequately.  The factual and legal issues raised in this case are not so numerous or complex that appointment of counsel is necessary. Castner v. Colorado Springs Cablevision, 979 F.2d 1417, 1420 (10th Cir. 1992); McCarthy v. Weinberg, 753 F.2d 836 (10th Cir. 1985).  Further, the Plaintiff has not provided the court with any indication that he has made reasonable efforts to seek counsel on his own behalf.  See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982); Jackson v. County of McLean, 953 F.2d 1070, 1072-73 (7th Cir. 1992); Castner v. Colorado Springs Cablevision, 979 F.2d at 1420.

THEREFORE IT IS ORDERED that Plaintiff's Motion for Appointment of Counsel is DENIED.

DATED at Denver, Colorado, this day of: November 22, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
U.S. Magistrate Judge