IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01282-MSK-OES

JEFFREY SCOTT DURHAM,

Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
ROBERT A. HOOD,
C. CHESTER,
J. ZVERCHER,
T. G. WERLICH,
MARK COLLINS, and
RANDY MADISON,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on November 28, 2005.**

The defense of lack of personal jurisdiction is governed by Fed.R.Civ.P. 12(b), and may at the option of the pleader be made by motion. Plaintiff's Motion To Ascertain That Each Defendant Has Been Properly Served [Filed November 22, 2005; Docket #43] would circumvent this rule and is **DENIED**.