IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-PAC

JEFFREY SCOTT DURHAM,

    Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
T. G. WERLICH,
MARK COLLINS, and
RANDY MADISON,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**Patricia A. Coan, United States Magistrate Judge**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff eave to proceed *in forma pauperis*.  It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants named in the amended complaint (filed January 26, 2006) who are not yet served: Robert Hood, C. Chester, J. Zuercher, T. G. Werlich, Mark Collins, and Randy Madison.  If unable to do so, the United States Marshal shall serve a copy of the

amended complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to FED. R. CIV. P. 4(d). All costs of service shall be advanced by the United States.  It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 6th day of April, 2006.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge