IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-PAC

JEFFREY SCOTT DURHAM,

    Plaintiff,

v.

HARLEY G. LAPPIN,
HARRELL WATTS,
G. L. HERSHBERGER,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
T. G. WERLICH,
MARK COLLINS, and
RANDY MADISON,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Order Directing Service by U.S. Marshal, signed April 6, 2006 is **vacated**.  The defendants upon whom service had been directed in that order had been previously served with the original complaint, and personal service of the amended complaint is not necessary.  See doc. # 27 (summons executed on Collins); #28 (summons executed on Werlich); #29  (summons executed on Madison); #30 (summons executed on Zuercher); ##31 and 32 (summons executed on Chester).

Dated:  April 19, 2006