IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-PAC

JEFFREY SCOTT DURHAM,

      Plaintiff(s),

v.

ROBERT A. HOOD,
T. G. WERLICH, and
RANDY MADISON,

      Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

It is **HEREBY ORDERED** that Plaintiff's Motion to Alter or Amend the Scheduling Order (Dkt. #165) and Showing Good Cause as to the Necessity of Such Amendment (Doc. #178), and Plaintiff's Emergency Motion for an Extension of Time to Serve Interrogatories, Requests for Admissions and Production of Documents Requests Upon the Defendants Due to Extraordinary Circumstances (Doc. #177), filed April 16, 2007, are **GRANTED** as follows:

Each party may serve requests for interrogatories, production of documents and admissions **on or before June 15, 2007**.

The parties shall designate all experts and provide opposing counsel or the *pro se* party with all information required by Fed.R.Civ.P. 26(a)(2) **on or before July 16, 2007.**

The parties shall designate all rebuttal experts and provide opposing counsel or the *pro se* party with all information required by Fed.R.Civ.P. 26(a)(2) **on or before August 31, 2007.**

The discovery deadline is extended to **October 1, 2007.**

The dispositive motions deadline is extended to **November 15, 2007**.

Dated:  April 17, 2007