IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-KLM

JEFFREY SCOTT DURHAM,

    Plaintiff(s),

v.

ROBERT A. HOOD,
T. G. WERLICH, and
RANDY MADISON,

    Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on the Parties' **Joint Motion for Entry of Protective Order** [Docket No. 213; filed October 18, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

    Dated:  October 30, 2007