IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-KLM

JEFFREY SCOTT DURHAM,

      Plaintiff(s),

v.

ROBERT A. HOOD,
T. G. WERLICH, and
RANDY MADISON,

      Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Defendants' **Joint Motion to Modify Scheduling Order** [Docket No. 225; filed December 7, 2007] (the "Motion").

      It is **HEREBY ORDERED** that the Motion is **GRANTED**.  The Scheduling Order will be modified as follows:

      The deadline to designate rebuttal experts will be **January 14, 2008**.

      The discovery cut-off will be **February 28, 2008**.

      The deadline for Rule 702 motions will be **March 15, 2008**.

      The dispositive motions deadline will be **April 15, 2008**.

      No further extensions of time will be permitted.

      Dated:  December 10, 2007