IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01282-MSK-KLM

JEFFREY SCOTT DURHAM,

    Plaintiff(s),

v.

ROBERT A. HOOD,
T. G. WERLICH, and
RANDY MADISON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion for Order Permitting Deposition of Federal Bureau of Prison Inmates Durham, Ajaj, Thai, Brame and Ramey** [Docket No. 230; filed January 28, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants may take the depositions of Jeffrey Scott Durham, Robert Floyd, David Thai, Ahmed Ajaj, Robert Brame and Woody Raymer on dates and at times mutually convenient to counsel. These depositions may be conducted by video conference.

    Dated: January 29, 2008