IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01282-MSK-KLM

JEFFREY SCOTT DURHAM,

    Plaintiff),

v.

ROBERT A. HOOD,
T. G. WERLICH, and
RANDY MADISON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's **Motion for the Court to Take Judicial Notice of Official Government Reports and Federal Agency Rules and Regulations** [Docket No. 291; Filed June 10, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Court is aware of its authority to take judicial notice of adjudicative facts pursuant to Fed. R. Evid. 201 and will consider all relevant law and facts in resolving the merits of this case.

Dated:  June 16, 2009